# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| KENNETH LAMAR BUGG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 1:19-cv-00087 |
| ) | |
| PULASKI POLICE DEPARTMENT, *et al.*, ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE NEWBERN |
| Defendants. ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 89), which was filed on August 20, 2021. Through the Report and Recommendation, the Magistrate Judge recommends that the motions for summary judgment filed by Defendants Giles County, Gerrod Shirey, and Cory Medley (Doc. Nos. 53, 73) be granted and that Plaintiff's motion requesting a jury trial (Doc. No. 84) be denied as moot. Plaintiff has not responded in opposition to either motion for summary judgment. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, the defendants' motions for summary judgment (Doc. Nos. 53, 73) are **GRANTED**, and this action is **DISMISSED**. Plaintiff's motion (Doc. No. 84) is **DENIED** as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58. The Clerk is directed to close the file

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE